Bernard J. **CARL,** Plaintiff–Appellant,

v.

**BERNARDJCARL.COM; Fabrice Marchisio; Cotty Vivant Marchisio & Lauzeral,** Defendants–Appellees,

and

**NS Holding, Inc., f/k/a Network Solutions, Incorporated; John Doe # 1; John Doe # 2,** Defendants.

No. 11–1457.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2011.

Decided: Sept. 7, 2011.

Bernard J. Carl, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard J. Carl appeals the district court's judgment awarding Carl $20,000 in punitive damages. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carl v. BernardJCarl.com,* No. 1:07–cv–01128–TSE–TRJ (E.D.Va. Apr. 14, 2011). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*